UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADRIAN JOHNSON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY PICKETT, *et al.*,<br><br>　　　　Defendant. | Case No. 2:20-CV-436-KJD-BNW<br><br>ORDER |

　　Before the Court for consideration is the Order and Report and Recommendation (#7) of Magistrate Judge Brenda Weksler entered August 31, 2020, recommending that Plaintiff's Motion to Screen Complaint (#6) be denied as moot and that Plaintiff's Complaint (#1-1) be dismissed with prejudice. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#7) of the United States Magistrate Judge entered August 31, 2020, should be **ADOPTED and AFFIRMED**.

　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) entered August 31, 2020, are **ADOPTED and AFFIRMED**;

　　IT IS FURTHER ORDERED that Plaintiff's Motion to Screen Complaint (#6) is **DENIED as moot**;

///

///

///

IT IS FURTHER ORDERED that Plaintiff's Complaint (#1-1) is **DISMISSED with prejudice.**

DATED this 16th day of November 2020.

                                          The Honorable Kent J. Dawson
                                          United States District Judge