AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ADRIAN JOHNSON

               Plaintiff,

v.

JEREMY PICKETT, et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-CV-436-KJD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is hereby entered in favor of Defendants against Plaintiff. IT IS FURTHER ORDERED that Plaintiff's Complaint (#1-1) is DISMISSED with prejudice.

11/16/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk